1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  BRIAN T. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  GEORGE L. BEVAN, JR. (CSBN 65207)
   Assistant United States Attorney
5
6     1301 Clay Street, Suite 340S
      Oakland, California 94612
      Telephone: 510-637-3689
7     Fax: 510-637-3679
      Email: George.bevan@usdoj.gov
8
9  Attorneys for the United States of America

10             UNITED STATES DISTRICT COURT
11            NORTHERN DISTRICT OF CALIFORNIA
12                  OAKLAND DIVISION

13 UNITED STATES OF AMERICA,        )  Case No. 4-07-70488-WDB
                                    )
14       Plaintiff,                )
                                    )
15    v.                              )  STIPULATION AND [PROPOSED]
                                    )  ORDER TO CONTINUE
16                                  )  ARRAIGNMENT OR PRELIMINARY
                                    )  HEARING, AND WAIVER OF TIME
17 CHARLES A. PHILLIPS,             )
                                    )
18       Defendant.                )
                                    )
19 _____

20     The United States and the defendant, through their respective counsel, jointly

21 stipulate and respectfully request the Court to continue the date of the defendant's

22 arraignment or preliminary hearing from **September 10, 2007**, to **October 15, 2007**, at

23 **10:00 a.m.**  The government is continuing to provide discovery; the government is

24 providing additional/replacement discovery requested by the defendant; and the defendant

25 needs this additional time to evaluate the case and make decisions pertinent to the future

26 course of this proceeding.

27     For these reasons, the parties stipulate to continue the present date of September

28 10, 2007, to October 15, 2007, at 10:00 a.m.  The parties further stipulate in the interest of

justice to waive time for the preliminary hearing/arraignment until October 15, 2007, for the reasons set forth herein.

Respectfully submitted,

Dated: 09/07/07         /s/
GEORGE L. BEVAN JR.
United States Attorney

Dated: 09/07/07         /s/
WILLIAM A. WELCH
Attorney for Defendant Charles Phillips

IT IS SO ORDERED.

Dated: _____    _____
WAYNE D. BRAZIL
United States Magistrate Judge

JOINT STIPULATION TO
RESCHEDULE CHANGE OF PLEA           2